■ HOME INSURANCE COMPANY, Respondent, v. ROYAL INDEMNITY COMPANY, Appellant.— Order, Supreme Court, New York County, entered on January 26, 1972, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. Appeal from order of said court entered on January 27, 1972, unanimously dismissed, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Murphy, McNally and Eager, JJ. [68 Misc 2d 737.]